# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

|  |  |
|---|---|
| ROGER JOHNSON<br>ALICIA JOHNSON<br>Debtor(s) | Case No. 12-37313 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/20/2012.

2)  The plan was confirmed on 12/10/2012.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was dismissed on 07/15/2013.

6)  Number of months from filing to last payment: 6.

7)  Number of months case was pending: 13.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $9,868.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $300.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$300.00** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $201.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $15.00 |
| Other | $84.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$300.00** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC E 5504 | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,624.13 | 1,624.13 | 0.00 | 0.00 |
| BMG MUSIC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| CASCADE CAPITAL LLC | Unsecured | NA | 373.00 | 373.00 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 756.00 | 757.62 | 757.62 | 0.00 | 0.00 |
| CEPAMERICA | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 178.83 | NA | NA | 0.00 | 0.00 |
| CHI CAPITAL GROUP | Unsecured | 607.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| COMCAST COMMUNICATIONS | Unsecured | 826.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | 1,217.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 133.00 | 133.00 | 133.00 | 0.00 | 0.00 |
| DEVON FINANCIAL | Unsecured | 4,695.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 579.00 | 578.75 | 578.75 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISH NETWORK | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| FFAM | Unsecured | NA | 4,380.66 | 4,380.66 | 0.00 | 0.00 |
| FFAM | Unsecured | NA | 1,638.44 | 1,638.44 | 0.00 | 0.00 |
| HUNTER S GLEN | Unsecured | 1,165.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 1,200.00 | 1,263.96 | 1,263.96 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 7,433.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 1,557.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 652.00 | 601.66 | 601.66 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 849.64 | 849.64 | 0.00 | 0.00 |
| INTEGRYS ENERGY | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 446.00 | 446.73 | 446.73 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 415.00 | 415.38 | 415.38 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 326.64 | 326.64 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 626.61 | 626.61 | 0.00 | 0.00 |
| LAKE VIEW TOWNHOMES | Unsecured | 4,046.00 | NA | NA | 0.00 | 0.00 |
| LAKE VIEW TOWNHOMES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP | Unsecured | 1,880.00 | 1,879.53 | 1,879.53 | 0.00 | 0.00 |
| LYONS POLICE DEPARTMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEIJER INC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL EXPRESS CARE LLC #311 | Unsecured | 170.00 | 706.00 | 706.00 | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RADIO | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOAN | Secured | 1,500.00 | 1,850.00 | 1,500.00 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | NA | 0.00 | 350.00 | 0.00 | 0.00 |
| MOST FUNDING | Unsecured | NA | 619.88 | 619.88 | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 349.00 | 489.46 | 489.46 | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 322.00 | 322.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 235.00 | 1,786.20 | 1,786.20 | 0.00 | 0.00 |
| SEARS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| SIU PHYSICIANS SURGEONS | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| SIU PHYSICIANS SURGEONS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| SPRINGFIELD CLINIC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SPRINGFIELD CLINIC | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| SPRINGFIELD CLINIC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| SPRINGFIELD CLINIC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 418.02 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 1,033.00 | 1,030.00 | 1,030.00 | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | 1,000.00 | 1,118.00 | 1,118.00 | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Unsecured | NA | 0.00 | 1.51 | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 787.00 | 788.51 | 787.00 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 186.60 | 186.60 | 0.00 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 2,068.00 | 301.20 | 301.20 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GSC/CHI | Unsecured | 2,935.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/GSC/CHI | Unsecured | 1,870.00 | NA | NA | 0.00 | 0.00 |
| WEST CENTRAL BANK | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,287.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,287.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $1,263.96 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,263.96** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$21,642.64** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $300.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$300.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/30/2013            By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**